**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01150-BNB

RICHARD S. McINTOSH,

    Plaintiff,

v.

HARLEY G. LAPPIN, Individually, and In His Official Capacity as Director,
JOYCE CONLEY, Individually, and In Her Official Capacity as Assistant Director,
MICHAEL K. NALLEY, Individually, and In His Official Capacity as Regional Director,
RONNIE WILEY, Individually, and In His Official Capacity as Warden,
BLAKE R. DAVIS, Individually, and In His Official Capacity as Warden,
SARA M. REVELL, Individually, and In Her Official Capacity as Warden,
W.A. SHERROD, Individually, and In His Official Capacity as Warden,
RUSSELL RAY, Individually, and In His Official Capacity as Associate Warden,
KEVIN MURPHY, Individually, and In His Official Capacity as Associate Warden,
MS. NELSON, Individually, and In Her Official Capacity as Associate Warden,
E.A. STEPP, Individually, and In His Official Capacity as Warden,
MR. SPROUL, Individually, and In His Official Capacity as Unit Manager,
BUDDY ADELSBERGER, Individually, and In His Official Capacity as Unit Manager,
MS. CARNEY, Individually, and In Her Official Capacity as Unit Manager,
MS. FLUCK, Individually, and In Her Official Capacity as Case Manager,
GERALD BOZMAN, Individually, and In His Official Capacity as Case Manager,
RANDY DAVIS, Individually, and In His Official Capacity as Warden,
MARTHA SANTIAGO, Individually, and In Her Official Capacity as Case Manager,
MS. KRIST, Individually, and In Her Official Capacity as S.I.A.,
MR. KRIST, Individually, and In His Official Capacity as Captain,
JOHN VANYUR, Individually, and In His Official Capacity as Assistant Director, and
OTHER PARTIES, Name [sic] Unknown, Individually and In Their Official Capacities
    Relating to a "Validation" Process,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On May 12, 2011, Plaintiff filed a motion requesting that the Court issue an order compelling the Bureau of Prisons to release the initial partial filing fee of $11.00 from Plaintiff's inmate trust fund account (Doc. # 4). The motion is DENIED. Plaintiff is informed that the Court cannot deduct the amount of the initial partial filing fee from his inmate account, and does not have the authority to compel the Bureau of Prisons to

release money from Plaintiff's account.  Plaintiff must make the appropriate arrangements for the filing fee to be sent to the Court, or must show cause why he cannot pay the fee by submitting a current certified copy of his inmate account statement.  Plaintiff has not demonstrated any reason why he cannot comply with these requirements.  Failure to comply within the time allowed will result in the dismissal of this action without further notice.

      Dated:  May 13, 2011