IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01150-PAB

RICHARD S. McINTOSH,

    Plaintiff(s),

v.

HARLEY G. LAPPIN, Individually, and In His Official Capacity as Director,
JOYCE CONLEY, Individually, and In Her Official Capacity as Assistant Director,
MICHAEL K. NALLEY, Individually, and In His Official Capacity as Regional Director,
RONNIE WILEY, Individually, and In His Official Capacity as Warden,
BLAKE R. DAVIS, Individually, and In His Official Capacity as Warden,
SARA M. REVELL, Individually, and In Her Official Capacity as Warden,
W.A. SHERROD, Individually, and In His Official Capacity as Warden,
RUSSELL RAY, Individually, and In His Official Capacity as Associate Warden,
KEVIN MURPHY, Individually, and In His Official Capacity as Associate Warden,
MS. NELSON, Individually, and In Her Official Capacity as Associate Warden,
E.A. STEPP, Individually, and In His Official Capacity as Warden,
MR. SPROUL, Individually, and In His Official Capacity as Unit Manager,
BUDDY ADELSBERGER, Individually, and In His Official Capacity as Unit Manager,
MS. CARNEY, Individually, and In Her Official Capacity as Unit Manager,
MS. FLUCK, Individually, and In Her Official Capacity as Case Manager,
GERALD BOZMAN, Individually, and In His Official Capacity as Case Manager,
RANDY DAVIS, Individually, and In His Official Capacity as Warden,
MARTHA SANTIAGO, Individually, and In Her Official Capacity as Case Manager,
MS. KRIST, Individually, and In Her Official Capacity as S.I.A.,
MR. KRIST, Individually, and In His Official Capacity as Captain,
JOHN VANYUR, Individually, and In His Official Capacity as Assistant Director, and
OTHER PARTIES, Name [sic] Unknown, Individually and In Their Official Capacities
    Relating to a "Validation" Process,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2011

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED July 11, 2011.

BY THE COURT:

S/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-01150-PAB-CBS

Richard S. McIntosh
Reg No. 02012-028
ADX - Florence
P.O BOX 8500
Florence, CO 81226

Harley G. Lappin, Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Joyce Conley, Assistant Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

John Vanyur, Assistant Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Michael K. Nalley, Regional Director - **CERTIFIED**
North Central Regional Office
400 State Avenue
Kansas City, KS 66101-2492

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

US Marshal Service
Service Clerk
Service forms for:  Ronnie Wiley, Blake R. Davis, Sara M. Revell,
W.A. Sherrod, Russell Ray, Kevin Murphy, Ms. Nelson, E.A. Stepp,
Mr. Sproul, Buddy Adelsberger, Ms. Carney, Ms. Fluck, Gerald Bozman,
Randy Davis, Martha Santiago, Ms. Krist, and Mr. Krist

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Ronnie Wiley, Blake R. Davis, Sara M. Revell, W.A. Sherrod, Russell Ray, Kevin Murphy, Ms. Nelson, E.A. Stepp, Mr. Sproul, Buddy Adelsberger, Ms. Carney, Ms. Fluck, Gerald Bozman, Randy Davis, Martha Santiago, Ms. Krist, Mr. Krist; to the United States Attorney General; to Harley G. Lappin; to Joyce Conley; to John Vanyur; to Michael K. Nalley; and to the United States Attorney's Office: COMPLAINT FILED 04/29/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on July 11, 2011.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                   Deputy Clerk