IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01150-PAB-CBS

RICHARD S. MCINTOSH,
    Plaintiff,
v.

HARLEY G. LAPPIN, *et al.*,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Mr. McIntosh's "Motion Re: Request Correction to Defendants['] Names" (filed August 10, 2011) (Doc. # 33); and (2) Mr. McIntosh's "Motion Re: Request Correction to Defendant[']s Name" (filed August 11, 2011) (Doc. # 37). Pursuant to the Order of Reference dated July 7, 2011 (Doc. # 12) and the memoranda dated August 11, 2011 (Doc. # 36) and August 12, 2011 (Doc. # 38), these matters were referred to the Magistrate Judge. The court having reviewed the Motions, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. McIntosh's "Motion Re: Request Correction to Defendant[']s Name" (filed August 11, 2011) (Doc. # 37) is GRANTED. The Clerk of the Court is requested to correct Defendant "Russell Ray" to "Russel Rau."

    2.    Mr. McIntosh's "Motion Re: Request Correction to Defendants['] Names" (filed August 10, 2011) (Doc. # 33) is WITHDRAWN.

    3.    As defense counsel has entered an appearance for all of the Defendants, it is not necessary for Mr. McIntosh to make any further corrections to Defendants' names.

    DATED at Denver, Colorado, this 15th day of August, 2011.

BY THE COURT:


___s/Craig B. Shaffer_____
United States Magistrate Judge