IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01150-PAB-CBS

RICHARD S. McINTOSH,

      Plaintiff,

v.

HARLEY G. LAPPIN, et al.,

      Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

      This matter comes before the Court on plaintiff's motion for leave to amend his complaint [Docket No. 136]. At the end of that motion, plaintiff requests that, if he is denied leave to amend, he be granted an extension of an unspecified amount of time to file objections to the Recommendation of United States Magistrate Judge (the "Recommendation") [Docket No. 132] filed on August 13, 2012. The Court will take up plaintiff's request for an extension of time before resolving his motion to amend and being fully apprised of the basis for that request, it is

      **ORDERED** that plaintiff may have until **Thursday, September 6, 2012**, to file his objections to the Recommendation.

      DATED August 29, 2012.